UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN J. O'BRIEN, ET AL. | No. 12-CR-40026-WGY |

**WILLIAM BURKE'S
MOTION TO JOIN MOTION FOR
A NEW TRIAL PURSUANT TO FED. R. CRIM P. RULE 33 OF CO-DEFENDANT'S
JOHN O'BRIEN AND ELIZABETH TAVARES**

The defendant, William Burke III respectfully asks this Court for leave to join in the motions for a new trial filed by Elizabeth Tavares and John O'Brien.

Respectfully submitted,

WILLIAM H. BURKE
by his attorneys

 /s/ John Amabile
John Amabile, Esq.
James C. Bradbury, Esq.

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 2, 2014.

/s/ John Amabile